**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERONICA M. PANKEY,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 09-3943** |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **DEVELOPMENT CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

     **AND NOW**, this 29th day of March 2011, upon consideration of Motion of Defendant the Philadelphia Housing Development Corporation for Summary Judgment (Document No. 22, filed September 1, 2010), Plaintiff's Response to Defendant Philadelphia Housing Development Corporation's Motion for Summary Judgment (Document No. 26, filed October 6, 2010) and Reply Brief of Defendant Philadelphia Housing Development Corporation in Further Support of Its Motion for Summary Judgment (Document No. 29, filed October 22, 2010), for the reasons set forth in the Memorandum dated March 29, 2011, **IT IS ORDERED** that Motion of Defendant the Philadelphia Housing Development Corporation for Summary Judgment (Document No. 22, filed September 1, 2010) is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Philadelphia Housing Development Corporation, and **AGAINST** plaintiff, Veronica M. Pankey.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                  **BY THE COURT:**

                   /s/ Hon. Jan E. DuBois
                   **JAN E. DUBOIS, J.**